## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

JS-6

### CIVIL MINUTES -- GENERAL

Case No.  **ED CV 17-1893-JFW(SHKx)**                                Date: October 25, 2017

Title:    Victor Vera -v- Federal National Mortgage Association

---

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**          **ATTORNEYS PRESENT FOR DEFENDANTS:**
　　　　　None                                                                                       None

**PROCEEDINGS (IN CHAMBERS):**     ORDER OF DISMISSAL

　　　In light of Plaintiff's failure to pay filing fees as required by the Court's September 19, 2017 Order, this action is dismissed.

　　　IT IS SO ORDERED.

Initials of Deputy Clerk  sr